PER CURIAM.
Arkansas prisoner Christopher Deaton appeals the district court’s[1] dismissal of his pro se 42 U.S.C. § 1983 complaint asserting violations of his constitutional rights and rights under the Religious Land Use and Institutionalized Person Act of 2000, 42 U.S.C. § 2000cc et seq. The district court dismissed the complaint partially under 28 U.S.C. § 1915A and partially on summary judgment. Upon careful de novo review, we find no basis for reversal. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review for § 1915A dismissal); Seltzer-Bey v. Delo, 66 F.3d 961, 963 (8th Cir.1995) (standard of review for summary judgment). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the reports and recommendations of the Honorable Jerome T. Kear-ney, United States Magistrate Judge for the Eastern District of Arkansas.